UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FINANCIAL FEDERAL CREDIT INC,** § | |
| § | |
| **Plaintiff,** § | |
| v. § | **CIVIL ACTION NO. H-05-00313** |
| § | |
| **ALDO R DINARDO,** *et al*, § | |
| § | |
| **Defendants.** § | |

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons stated in the accompanying Memorandum and Order, **JUDGMENT IS ENTERED** for Plaintiff. Defendants Aldo Dinardo and Helga Dinardo are jointly and severally liable to Plaintiff for:

1. Actual damages in the amount of $80,173.99;

2. Attorneys' fees in the amount of $2,000;

3. Pre-judgment interest thereon at the contractual rate of 0.0666% per day from and after June 1, 2005, until the date of judgment;

4. Post-judgment interest thereon at the rate of 4.76%; and

5. Costs.

**IT IS SO ORDERED**.

**SIGNED** this 22nd day of March, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.